UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIE GRISWOULD, JR., et al.,

    Plaintiffs,

v.                                                        Case No. 3:17cv225-LC-CJK

VAUNGH, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On August 9, 2017, the undersigned entered an order (doc. 6) advising that the complaint and plaintiff Griswould's motion to proceed *in forma pauperis* are deficient in that they were not filed on the required Northern District forms. The undersigned also advised that each plaintiff must file a separate complaint and pay the full filing fee or establish his indigency through the filing of a proper motion to proceed *in forma pauperis* and that, before the matter can proceed, plaintiff Griswould must file an amended complaint. The undersigned directed the clerk to send each plaintiff a § 1983 complaint form and a complete set of forms needed for

filing a motion to proceed *in forma pauperis* and allowed plaintiff Griswould 30 days in which to file an amended complaint and the remaining plaintiffs 30 days in which to file separate complaint forms. Within the same time period, each plaintiff was required to either submit payment in the amount of $400.00 (the $350.00 filing fee and $50.00 administrative fee) or file a completed motion to proceed *in forma pauperis*. The undersigned advised that failure to comply with the order as instructed would result in a recommendation that the case be dismissed for failure to prosecute and/or failure to comply with an order of the court.

After more than 30 days passed and none of the plaintiffs complied, the undersigned enter an order directing the plaintiffs to show cause within 14 days why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court. None of the plaintiffs responded within the time allowed.

Accordingly, it is hereby respectfully RECOMMENDED

1.  That this case be DISMISSED WITHOUT PREJUDICE for plaintiffs' failure to prosecute and/or failure to comply with an order of the court.[1]

---

[1] The copy of the show cause order mailed to plaintiff Talal T. Donaldson was returned as undeliverable. *See* doc. 8. It was sent to the only address provided for Donaldson. With respect to Donaldson, therefore, the matter should be dismissed for the additional reason that he has not provided a valid address and the court cannot contact him, rendering further action on his case futile.

Case No. 3:17cv225-LC-CJK

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 3rd day of October, 2017.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**