# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**WILLIE GRISWOULD, JR., et al.,**

    **Plaintiffs,**

**v.**                                             **Case No. 3:17cv225-LC-CJK**

**VAUNGH, et al.,**

    **Defendants.**

_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 3, 2017 (doc. 9). Plaintiffs have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).[1] No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

---

[1] As explained in the Report and Recommendation, however, prior mail sent to plaintiff Talal T. Donaldson, at the only address provided for him, was returned as undeliverable. *See* doc. 8.

Page 2 of 2

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE for plaintiffs' failure to prosecute and/or failure to comply with an order of the court.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 2nd day of November, 2017.

       *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**